■ In the Matter of EUGENE F. BERSANI, an Attorney.— Resignation accepted and name stricken from roll of attorneys. Present—Dillon, P. J., Callahan, Doerr, Denman and Boomer, JJ.

■ In the Matter of ROBERT J. SCHUTRUM, JR., an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner.—Resignation accepted and name stricken from roll of attorneys. Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

■ In the Matter of CHARLES J. SCIBETTA.—Order entered terminating suspension and reinstating petitioner as an attorney and counselor-at-law. Present—Dillon, P. J., Boomer, Pine, Balio and Lawton, JJ.